**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAURICE EVANS,<br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIKA SCOTT, *ACTING DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES*; KRISTI NOEM, *SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY*;<br>     Defendants | : <br> : <br> : <br> :   No. 5:24-cv-6593<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## O R D E R

**AND NOW**, this 24th day of February, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.  The Motion to Dismiss, ECF No. 12, is **GRANTED**.

2.  The Amended Complaint, ECF No. 10, is **DISMISSED** for lack of jurisdiction.

3.  The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge